FILED BY _____ D.C.

05 MAY 12 PM 2: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JIT CONCEPTS, INC.,

    Plaintiff,

Case No.: 02-2891 D V

v.

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER AT MEMPHIS,

    Defendant.

---

### ORDER DENYING MOTION *IN LIMINE* TO EXCLUDE TESTIMONY
### FROM PHYSICIANS OTHER THAN ATUL MADAN, M.D.

IT APPEARING TO THE COURT that the motion of Plaintiff, JIT Concepts, Inc., to Exclude Testimony from Physicians Other Than Atul Madan, M.D., is not well-founded and should be DENIED. The letters are relevant as to why the MED terminated the contract.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the motion *in limine* to exclude testimony from physicians other than Atul Madan, M.D. is DENIED.

**IT IS SO ORDERED** this 12th day of May, 2005.

                         BERNICE BOUIE DONALD
                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-12-05

90

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:02-CV-02891 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT