FILED BY _____ D.C.

05 MAY 12 PM 2:38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JIT CONCEPTS, INC.,

    Plaintiff,

v.                                                                  Case No.: 02-2891 D V

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER AT MEMPHIS,

    Defendant.

---

ORDER DENYING MOTION *IN LIMINE* TO EXCLUDE THE UNDATED LETTER

---

IT APPEARING TO THE COURT that the motion of Plaintiff, JIT Concepts, Inc., to Exclude the Undated Letter, attached as Exhibit 1 to the motion, is not well-founded and should be DENIED. The letter is relevant as to why the MED terminated the contract. Deficiencies with the letter may be challenged through cross-examination.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the motion *in limine* to exclude the Undated Letter is DENIED.

**IT IS SO ORDERED** this _11th_ day of _May_, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   5-12-05

91

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:02-CV-02891 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT