FILED BY [signature] D.C.

05 MAY 12 PM 2:38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JIT CONCEPTS, INC.,

Plaintiff,

Case No.: 02-2891 D V

v.

SHELBY COUNTY HEALTHCARE CORPORATION d/b/a REGIONAL MEDICAL CENTER AT MEMPHIS,

Defendant.

ORDER DENYING MOTION *IN LIMINE* TO EXCLUDE THE MEMORANDUM OF SEPTEMBER 3, 2002

IT APPEARING TO THE COURT that the motion of Plaintiff, JIT Concepts, Inc., to Exclude the Memorandum of September 3, 2002, attached as Exhibit 1 to the motion, is not well-founded and therefore should be DENIED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the motion *in limine* to exclude the Memorandum of September 3, 2002, is DENIED.

**IT IS SO ORDERED** this 12th day of May, 2005.

[signature]
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-12-05

92

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:02-CV-02891 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT