FILED / D.C.

05 MAY 16 PM 6:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JIT CONCEPTS, INC.,

    Plaintiff,

v.

Case No.: 02-2891 D V

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER AT MEMPHIS,

    Defendant.

## ORDER DENYING MOTION *IN LIMINE* TO EXCLUDE LETTER FROM FROM RANDY G. LITTLETON TO MARILYN RUCKER, DATED JULY 8, 2002

IT APPEARING TO THE COURT that the motion of Plaintiff, JIT Concepts, Inc., to Exclude the Letter from Randy G. Littleton, attached as Exhibit 1 to the motion is not well founded and should not be granted. Since Plaintiff contends that Defendant's stated reasons for terminating its contract are pretextual, the letter is relevant to show a pattern of complaints, thereby lending credence to Defendant's position.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the motion *in limine* to exclude the letter from Randy G. Littleton is DENIED.

**IT IS SO ORDERED** this 16th day of May, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05

94



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:02-CV-02891 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT