UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1  PM 5: 17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JIT CONCEPTS, INC.

v.

SHELBY COUNTY HEALTH CARE
CORPORATION, d/b/a REGIONAL
MEDICAL CENTER AT MEMPHIS

JUDGMENT IN A CIVIL CASE

CASE NO: 02-2891-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on May 23, 2005, judgment is hereby entered in favor of plaintiff, JIT Concepts, Inc., and against defendant, Shelby County Health Care Corporation, d/b/a Regional Medical Center at Memphis, in the amount of $1,763,956.00, thereby dismissing this cause.

**APPROVED:**

_signature_

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 31, 2005
Date

ROBERT R. DI TROLIO
_____
**Clerk of Court**

_signature_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-6-05_

106

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in
case 2:02-CV-02891 was distributed by fax, mail, or direct printing on
June 6, 2005 to the parties listed.

---

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT