IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 JUN 23 AM 6: 37

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | | |
|---|---|---|
| JIT CONCEPTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 02-2891-DV |
| | ) | |
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER AT MEMPHIS, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING SHELBY COUNTY HEALTH CARE CORPORATION'S MOTION FOR STAY OF PROCEEDINGS TO ENFORCE A JUDGMENT

Upon consideration of the motion by Defendant Shelby County Health Care Corporation d/b/a Regional Medical Center at Memphis for a stay of execution pursuant to Federal Rule of Civil Procedure 62(b), it appears to the Court that there should be a stay of proceedings related to enforcement of the judgment entered on June 1, 2005, due to the pendency of The Med's Renewed Motion for Judgment as a Matter of Law or, in the alternative, Rule 59 Motion for a New Trial, filed on June 20, 2005. During this stay, The Med should not be required to post a bond or other security as it is a solvent corporation and the judgment is secure.

IT IS, THEREFORE, ORDERED that proceedings related to enforcing the Judgment entered on June 1, 2005 should be stayed pending resolution of Defendant's Renewed Motion for Judgment as a Matter of Law or, in the alternative, Rule 59 Motion for a New Trial.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-23-05

121

It is so ORDERED this 22 day of June, 2005.

*[signature]*
UNITED STATES JUDGE

CONSENTED TO AND
APPROVED FOR ENTRY:

By: *[signature]*
THOMAS W. LEWIS     (12548)
SARA FALKINHAM      (17733)
Armstrong Allen, PLLC
80 Monroe Avenue, Suite 700
Memphis, TN 38103
(901) 523-8211

Attorneys for Defendant Shelby County
Health Care Corporation d/b/a Regional
Medical Center at Memphis

K:\SMF\PLDGS\INDEXES\J.I.T\ordstay.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:02-CV-02891 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT