IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JIT CONCEPTS, INC.

    Plaintiff,

v.                                            No.: 02-2891-DV

SHELBY COUNTY HEALTHCARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER AT MEMPHIS,

    Defendant.

## ORDER ON DEFENDANT'S RULE 50(b) RENEWED MOTION
## FOR JUDGMENT AS A MATTER OF LAW
## OR, IN THE ALTERNATIVE, RULE 59(a) MOTION FOR NEW TRIAL

IT APPEARING TO THE COURT that the motion of the Defendant, Shelby County Healthcare Corporation d/b/a Regional Medical Center, for Judgment as a Matter of Law or, in the Alternative, Motion for New Trial is not well-taken and should not be granted,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, Motion for New Trial is DENIED.

IT IS SO ORDERED this 7th day of July, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:02-CV-02891 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Sherry S. Fernandez
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Donna L. Boyce
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Thomas W. Lewis
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nichole Elizabeth Soule'
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT